UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re* ALDRIDGE,<br><br>   Petitioner. | 3:14-cv-00032-RCJ-WGC<br><br>**ORDER** |

  Pro se Petitioner Ernest C. Aldridge has filed a motion asking the Court to authorize the issuance of subpoenas to several persons ordering their depositions so that Petitioner may use the testimony in unidentified existing cases and in other cases to be filed.  The Clerk should not have accepted the filing and opened the present civil action.  A civil action is commenced by filing a complaint, and the present motion does not resemble a complaint in form or substance. *See* Fed. R. Civ. P. 3.

## CONCLUSION

  IT IS HEREBY ORDERED that the Motion (ECF No. 1) is STRICKEN and the Clerk shall close the case.

  IT IS SO ORDERED.

Dated this 29th day of September, 2014.

                 _____
                  ROBERT C. JONES
                  United States District Judge